# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD STAPLES; THE ESTATE OF BEVERLY STAPLES; BRANDY STAPLES; JEREMY STAPLES; BRADLEY FIDERMUTZ; JEFFERY FIDERMUTZ; MICHAEL FIDERMUTZ; and STEVEN FIDERMUTZ, <br><br> Plaintiffs, <br><br> v. <br><br> HOME DEPOT CENTER, LLC; HOME DEPOT GLOBAL LLC; HOME DEPOT U.S.A., INC.; and DOES 2-50, <br><br> Defendants. | Case No. 2:26−cv−03275−SPG−MAA <br><br> **[PROPOSED] ORDER GRANTING AMENDED STIPULATION AND PROTECTIVE ORDER** <br><br> Complaint Filed: Aug. 15, 2025 <br> Complaint Amended: Oct. 16, 2025 <br> Answer Filed: Dec. 10, 2025 <br> Removal Filed: Mar. 27, 2026 |

1

**[PROPOSED] ORDER GRANTING AMENDED STIPULATION AND PROTECTIVE ORDER**

## ORDER

On or around May 15, 2026, the Parties filed the Stipulation and Protective Order requesting that a Protective Order be entered pursuant to the Parties' stipulation.

The Stipulation and Protective Order sets forth that discovery in this matter is expected to involve the production of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than pursuing this litigation may be warranted. The Parties acknowledge, understand, and agree that the Protective Order does not provide blanket protections on all disclosures or responses to discovery and that the protection it affords from public disclosure and use extends only to the limited information or items that are entitled to confidential treatment under the applicable legal principles.

The Parties acknowledge, understand, and agree that they must adhere to the procedures governing the filing of any material under seal. The Parties represent that they do not intend to designate any matters confidential in bad faith or for any tactical reason and will only designate matters confidential solely to avoid the harm likely to arise from disclosure of non-public, private information outside this litigation should said matters be made part of this case's public record. The Parties have stipulated to the manner in which confidential designations shall be made and agree upon the meet and confer procedure addressing any confidential designations that appear inappropriate.

**GOOD CAUSE APPEARING**, the Court hereby approves the Stipulation and Protective Order as set forth and agreed upon by the parties in their Stipulation.

**IT IS SO ORDERED.**

Dated: May 28, 2026

_____
HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

2

**STIPULATION AND PROTECTIVE ORDER – CONFIDENTIAL DESIGNATION ONLY**